

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00075-CR

**IN RE** Victor Cruz **ZUNIGA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: April 5, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED

On February 17, 2023, relator filed a motion to dismiss his petition for writ of mandamus.

We grant the motion and dismiss the petition for writ of mandamus. The stay imposed on January

23, 2023 is lifted.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 13779CR, styled *State of Texas v. Victor Cruz Zuniga*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth presiding.